# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MISC. ACTION NO. 1:07-MC-0207** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **ERIC JON PHELPS,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of August, 2007, upon consideration of *pro se* defendant's discovery requests (Docs. 12, 13, 14), and it appearing that the requests were not filed pursuant to the Federal Rules of Civil Procedure or upon order of the court, see L.R. 5.4(b) ("Interrogatories, requests for disclosures, requests for documents, requests for admissions, and answers and responses thereto shall be served upon other counsel and parties but shall not be filed with the court except as authorized by a provision of the Federal Rules of Civil Procedure or upon order of the court."), it is hereby ORDERED that the discovery requests (Docs. 12, 13, 14) are STRICKEN from the docket.

                                              S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge